In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-04-498 CV


____________________



WANDA LEJEUNE, INDIVIDUALLY AND AS REPRESENTATIVE OF THE 
ESTATE OF LEO JOSEPH LEJEUNE, DECEASED, AND ROMAN GREGORIE

LEJEUNE, MICHEL JAY LEJEUNE, ANDRE RODRIC LEJEUNE, AND


MELISSA LEJEUNE DOLAN, Appellants



V.



CHARLES EVANS, M.D., Appellee






On Appeal from the 172nd District Court


Jefferson County, Texas


Trial Cause No. E-169435-B






MEMORANDUM OPINION (1)


 Wanda LeJeune, Individually and as Representative of the Estate of Leo Joseph
LeJeune, Deceased, and Roman Gregorie LeJeune, Michel Jay LeJeune, Andre Rodric
LeJeune, and Melissa LeJeune Dolan, appellants, filed a motion to dismiss this appeal. 
The Court finds that this motion is voluntarily made by the appellant prior to any decision
of this Court and should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed a
notice of appeal. 

 

 It is, therefore, ORDERED that the motion to dismiss be granted and the appeal is
therefore DISMISSED. 

 PER CURIAM

Opinion Delivered December 16, 2004

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.